IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| RHONDA S. PHILLIPS, | : | Case No. 3:10-cv-378 |
| Plaintiff, | : | District Judge Walter H. Rice<br>Magistrate Judge Michael J. Newman |
| vs. | : | |
| COMMISSIONER OF<br>SOCIAL SECURITY, | : | |
| Defendant. | : | |

---

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATION (DOC. #23) IN ITS ENTIRETY; GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY'S FEES UNDER 42 U.S.C. § 406(b) (DOC. #21).**

---

The Court has reviewed the August 8, 2013 Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #23), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b)(2) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** as follows:

1. Plaintiff's unopposed motion for attorney's fees under 42 U.S.C. § 406(b) (Doc. #18) is **GRANTED**, and Plaintiff's counsel is **AWARDED** the sum of $18,975.55 in attorney's fees; and

2. As no further matters remain pending for review, this case remain **TERMINATED** upon the Court's docket.

August 29, 2013

_____
WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT